**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos BARTOLON–LOPEZ,**
**a.k.a. Anthony Felix–Lopez,**
**Defendant–Appellant.**

No. 12–10449.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Dec. 4, 2013.

Christina Marie Cabanillas, Assistant U.S. Attorney, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Nathan Donlon Leonardo, Leonardo Law Offices, PLLC, TUCSON, AZ, for Defendant–Appellant.

CARLOS BARTOLON–LOPEZ, pro se.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Carlos Bartolon–Lopez appeals his guilty-plea conviction and 77–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326; and the revocation of supervised release and concurrent eight-month sentence imposed upon revocation. Pursuant to *Anders. v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bartolon–Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Bartolon–Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.